**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL P. BURGESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:14-cv-07685 |
| | ) |
| | ) Honorable Judge Joan H. Lefkow |
| FULTON, FRIEDMAN & GULLACE, LLP, | ) |
| | ) Magistrate Judge Jeffrey T. Gilbert |
| Defendants, | ) |
| | ) |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES the Plaintiff, MICHAEL P. BURGESS ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and in support of Plaintiff's stipulation of dismissal, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41, hereby stipulates to the dismissal of his claims against Defendant, FULTON, FRIEDMAN & GULLACE, LLP, with prejudice.

Dated: December 8, 2014            Respectfully Submitted,

/s/ Matthew H. Hector
Matthew H. Hector  ARDC#6283058
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188